IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,            :

         Plaintiff,

                             Case No. 3:12-cr-024

    v.                                   :        JUDGE WALTER H. RICE

DONALD L. JOHNSON,

         Defendant.            :

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S
MOTIONS TO REDUCE SENTENCE PURSUANT TO 18 U.S.C.
§ 3582(c)(2) (DOCS. ##33, 35) AND MOTION FOR STATUS
CONFERENCE REGARDING THE SAME (DOC. #38)

---

Given that Defendant Donald L. Johnson has completed the custodial

portion of his sentence and the Court can no longer grant Defendant any

meaningful relief, the Court OVERRULES AS MOOT his Motions to Reduce

Sentence Pursuant to 18 U.S.C. § 3582(c)(2), Docs. ##33 and 35, and his Motion for

a Status Conference regarding the same, Doc. #38.  *See United States v. Lewis*,

166 F. App'x 193, 195 (6th Cir. 2006) (holding that challenges to length of custodial

sentence are rendered moot by defendant's release from prison).

Date: July 26, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE